Daniel GRAY

v.

STATE

CR-13-1452

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

Karlos CADY

v.

STATE

CR-13-1456

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Eddie Jerry JONES

v.

STATE

CR-13-1465

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Phillip MCGRAW

v.

STATE

CR-13-1468

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Danny Lewis SMITH

v.

STATE

CR-13-1472

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed